# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| R VENTURES X, LLC, | Case No. 2:17-cv-00500-JAD-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| BAYPORTE ENTERPRISES, INC., et al., | |
| Defendant(s). | |

This case was originally filed in state court in 2013, and was removed to this Court on February 17, 2017. Docket No. 1. To date, no further action has been taken to prosecute this case. The parties are hereby **ORDERED** to file, no later than July 6, 2017, a joint status report providing a schedule for moving this case forward to resolution.

IT IS SO ORDERED.

DATED: June 22, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge