UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| R VENTURES X, LLC, | ) | |
| Plaintiff(s), | ) | Case No. 2:17-cv-00500-JAD-NJK |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BAYPORTE ENTERPRISES, INC., et al., | ) | (Docket No. 15) |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

On November 15, 2017, the Bank Defendants filed a notice of subpoena. Docket No. 15. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** Docket No. 15 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: November 16, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge