ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Defendants Nationstar Mortgage LLC and Aurora Loan Services, LLC and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| R VENTURES X, LLC, a Nevada series limited liability company of the container R VENTURES, LLC under NRS § 86.296,<br><br>Plaintiff,<br><br>v.<br><br>BAYPORTE ENTERPRISES, INC., a California corporation; AURORA LOAN SERVICES, LLC, a Delaware limited liability corporation; MTC FINANCIAL, INC., a California corporation; SOUTHERN TERRACE HOMEOWNERS' ASSOCIATION, a Nevada domestic non-profit coop corporation; THE COOPER CASTLE LAW FIRM, LLP, a Nevada domestic limited liability partnership; REPUBLIC SERVICES, INC., a Delaware corporation; REPUBLIC SILVER STATE DISPOSAL, INC., a Nevada domestic corporation; PATRICK S. PAULMINO, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00500-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF AURORA LOAN SERVICES, LLC**<br><br>**and**<br><br>**REQUEST TO RESET DISPOSITIVE MOTION DEADLINE**<br><br>ECF Nos. 33, 34 |

…

…

…

1

49387362;1
49915652;1

Defendants Nationstar Mortgage LLC (**Nationstar**), Aurora Loan Services, LLC (**Aurora**), Federal Home Loan Mortgage Corporation (**Freddie Mac**, collectively **Defendants**) and Plaintiff R Ventures X, LLC (**Plaintiff**), being the only parties to have appeared in this matter, stipulate that all Plaintiff's claims against Aurora in this litigation shall be dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Parties further stipulate that once the Court dismisses Aurora from this action, the automatic stay imposed by Aurora's bankruptcy will no longer affect this litigation, *see* ECF Nos. 29, 31, allowing the parties to proceed. Therefore, the Parties respectfully request the Court, after dismissing Aurora, to reset the dispositive motion deadline.

DATED August 21st, 2019.

| **AKERMAN LLP** | **LAW OFFICE OF STEPHEN M. DIXON, LTD.** |
|---|---|
| */s/ Donna M. Wittig* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Defendants Nationstar Mortgage LLC, Aurora Loan Services, LLC and Federal Home Loan Mortgage Corporation* | */s/ STEVE DIXON* <br> STEPHEN M. DIXON, ESQ. <br> Nevada Bar No. 10025 <br> 10181 West Park Run, Suite 110 <br> Las Vegas, Nevada 89145 <br><br> *Attorneys for Plaintiff R Ventures X, LLC* |

**ORDER**

Based on the parties' stipulation **[ECF Nos. 33, 34]** and good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST defendant Aurora Loan Services, LLC, are DISMISSED without prejudice, each side to bear its own fees and costs.

IT IS FURTHER ORDERED that the deadline to file dispositive motions [ECF No. 28] is extended to September 25, 2019. The meet-and-confer and certificate requirements for any dispositive motion [ECF No. 28] remains in effect. If a dispositive motion is filed, the deadline to file the joint pretrial order will be 30 days after the court's order resolving dispositive motions is entered. If no dispositive motion is filed, the deadline for filing the joint pretrial order will be October 25, 2019.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 26, 2019

49387362;1
49915652;1