**STEPHEN M. DIXON, ESQ.**
Nevada Bar No. 010025
**LAW OFFICE OF STEPHEN M. DIXON, LTD.**
10181 W. Park Run Dr.,
Suite 110
Las Vegas, Nevada 89145
Phone: (702) 329-4911
Fax: (702) 714-1201
steve@stevedixonlaw.com
*Attorney for Plaintiff*
*R Ventures X, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| R VENTURES X, LLC, a Nevada series limited liability company of the container R VENTURES, LLC under NRS § 86.296,<br><br>Plaintiff,<br><br>v.<br><br>BAYPORTE ENTERPRISES, INC., a California corporation; AURORA LOAN SERVICES, LLC, a Delaware limited liability corporation; MTC FINANCIAL, INC., a California corporation; SOUTHERN TERRACE HOMEOWNERS' ASSOCIATION, a Nevada domestic non-profit coop corporation; THE COOPER CASTLE LAW FIRM, LLP, a Nevada domestic limited liability partnership; REPUBLIC SERVICES, INC., a Delaware corporation; REPUBLIC SILVER STATE DISPOSAL, INC., a Nevada domestic corporation; PATRICK S. PAULMINO, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00500-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 36, 37, 45, 47 |

1

Plaintiff, R VENTURES X, LLC, by and through its attorney of record, Stephen M. Dixon. Esq. of the Law Office of Stephen M. Dixon, Ltd. hereby files this Stipulation of Dismissal With Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between R Ventures X, LLC and Nationstar Mortgage, LLC and Federal Home Loan Mortgage Corporation. These parties hereby stipulate all claims by and between Plaintiff R Ventures X, LLC; Nationstar Mortgage, LLC; and/or Federal Home Loan Mortgage Corporation are hereby dismissed, with prejudice, with court costs and fees to be paid by the party incurring the same.

The issues regarding any other party identified in this case have also previously been resolved, and R Ventures X, LLC dismisses its claims against all remaining parties with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

| DATED this 16 of January, 2020. | DATED this 16 of January, 2020 |
|---|---|
| AKERMAN, LLP | LAW OFFICE OF STEPHEN M. DIXON, LTD. |
| /s/ Donna Wittig, Esq. | /s/ Steve Dixon, Esq. |
| ARIEL STERN, ESQ.<br>Nevada Bar No. 8267<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Defendants*<br>*Nationstar Mortgage, LLC*<br>*Federal Home Loan Mortgage Corporation* | STEPHEN M. DIXON, ESQ.<br>Nevada Bar No. 10025<br>10181 W. Park Run Drive, Suite 110<br>Las Vegas, NV 89145<br>*Attorney for Plaintiff*<br>*R VENTURES X, LLC* |

## ORDER

Based on the parties' stipulation **[ECF Nos. 45, 47]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF Nos. 36, 37] are DENIED** as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 29, 2020

51611761;1